# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00076-CV

### In the Interest of K.T., a Child

On appeal from the
474th District Court of McLennan County, Texas
Judge Nikki Mundkowsky, presiding
Trial Court Cause No. 2024-418-6

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Counsel for the appellant filed a motion to voluntarily dismiss this appeal on March 28, 2025. The motion was signed by the appellant.

Appellant's motion is granted. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 3, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
CV06

